No. 98–6127. RIVERA *v.* ALLIN ET AL. C. A. 11th Cir.;

No. 98–6679. MACE *v.* MISSOURI DEPARTMENT OF SOCIAL SERVICES, DIVISION OF CHILD SUPPORT ENFORCEMENT. C. A. 8th Cir.;

No. 98–6713.  MACE *v.* MISSOURI ET AL.  C. A. 8th Cir.; and
No. 98–6879.  MACE *v.* MISSOURI ET AL.  C. A. 8th Cir.  Motions of petitioners for leave to proceed *in forma pauperis* denied.  See this Court's Rule 39.8.  Petitioners are allowed until February 1, 1999, within which to pay the docketing fee required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.